

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Wan Zhi Jin,

                        Plaintiff,

- against -

Fountain of Youth Health Spa, Corp., d/b/a, "Fountain of Youth", Soo Hyung Lee, a/k/a "Soo Lee", Chong Ran Lee, a/k/a, "Chong Lee", Soung Eun Hong, In Won Hong, John Does and Jane Does #1-10

                        Defendants.

Case No. 14-CV-4081-SJ-VVP

**STIPULATION OF VOLUNTARY DISMISSAL**

It is hereby stipulated and agreed by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice and without costs or fees to either party, against all Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
          March 6, 2015

| HANG & ASSOCIATES, PLLC | D'AGOSTINO, LEVINE, LANDESMAN & LEDERMAN LLP |
|---|---|
| By: /s/ Jian Hang<br>    Jian Hang, Esq.<br>136-18 39th Avenue, Suite. 1003<br>Flushing, New York 11354<br>Tel: (718)-353-8588<br>jhang@hanglaw.com | By: /s/ Eric Garcia<br>    Eric Garcia, Esq.<br>345 Seventh Avenue, 23rd Floor<br>New York, New York 10001<br>(212)-564-9800<br>egarcia@dagll.com |
| *Attorney for Plaintiff*<br>*Wan Zhi Jin* | *Attorney for Defendants*<br>*Soung Eun Hong and In Won Hong* |

SO ORDERED
on this __3__ day of __December__ 2015

/s/ USDJ JOHNSON
STERLING JOHNSON, JR., SENIOR U.S.D.J.